No. 1110. PAN-AMERICAN LIFE INSURANCE Co. *v.* THEYE Y AJURIA. Supreme Court of Louisiana. Certiorari denied. *James A. Dixon* and *Sam Daniels* for petitioner. *Leon Sarpy* for respondent.

No. 1188. MERINO *v.* UNITED STATES MARSHAL. C. A. 9th Cir. Certiorari denied. *A. Kenneth Pye, Michael J. Stack, Jr.* and *Peter J. Hughes* for petitioner. *Solicitor General Cox* for respondent.

No. 1069. FATEMI ET AL. *v.* UNITED STATES. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Lawrence C. Moore* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1071. SHENANDOAH VALLEY BROADCASTING, INC., ET AL. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS. Motion to use portions of the record in No. 323, October Term, 1963, granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Ralstone R. Irvine* and *Walter R. Mansfield* for petitioners. *Arthur H. Dean, William Piel, Jr., Herman Finkelstein* and *Lloyd N. Cutler* for respondent.

No. 323, Misc. MEE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.